IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
01 APR -2 PM 2:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

ANTHONY RAY JOHNSON,                )
                                    )
        Plaintiff,                  )
                                    )
vs                                  )   CIVIL ACTION NO.98-PT-0670-E
                                    )
                                    )
DETECTIVE ROBERSON,                 )
DETECTIVE FEAZELL, and              )
OFFICER PROTHRO,                    )
                                    )
        Defendants.                 )

ENTERED
APR 2 2001

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the defendants' motion for summary judgment is due to be granted and this complaint is due to be dismissed. An appropriate order will be entered.

DONE, this 30th day of March, 2001.

ROBERT B. PROPST,
UNITED STATES DISTRICT JUDGE

